IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01393-WYD-MJW

NANETTE J. ARAGON,

      Plaintiff,

v.

STANDARD PARKING CORPORATION, a Delaware corporation,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed March 22, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation of Dismissal with Prejudice (ECF No. 21) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated:  March 25, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge